# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

JACQUELYN MEYERS,

    Plaintiff,

v.                                                      CASE NO. 1:12-cv-00225-MP-GRJ

YES COMMUNITIES, INC,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on the Joint Report of the Parties' Rule 26(f) Planning Meeting, in which the parties agree to all deadlines and discovery issues. (Doc. 10). Upon consideration of the parties' positions, it is hereby

    **ORDERED AND ADJUDGED:**

    The Joint Report is adopted and the Clerk is directed to set the appropriate deadlines therefrom.

    **DONE AND ORDERED** this   *2nd* day of January, 2013

                                          *s/Maurice M. Paul*
                                          Maurice M. Paul, Senior District Judge